# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

Reply to: Huntington



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798



FILED
FEB - 4 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

February 1, 2022

Michael J. Woelfel, Clerk
Cabell County Courthouse
750 Fifth Avenue
Huntington, WV 25701

    Re:  Maynard et al v. Pro Transport & Leasing, Inc. et al
          Civil Action No. 3:21-00623; Your Civil Action No. 21-C-396

Dear Mr. Woelfel:

    The above civil action was remanded to the Circuit Court of Cabell County pursuant to the Memorandum Opinion and Order entered February 1, 2022, by the Honorable Robert C. Chambers.

    Please find enclosed the file maintained for this case during its pendency in our Court and a certified copy of the docket sheet. Please note that a certified copy of the Order has been substituted in lieu of the original.

    Please acknowledge receipt of the enclosed on the copy of this letter attached for that purpose.

                           Very truly yours,

                           RORY L. PERRY II, CLERK OF COURT

                         By: _____s/Jennifer Adkins_____
                                  Deputy Clerk

Enclosures

Receipt is hereby acknowledged of the items described herein.

Date: FEB 03 2022

MICHAEL J. WOELFEL, CLERK
CIRCUIT COURT OF CABELL COUNTY

By: _Betty Utt, deputy_